UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
OSCAR DE LA RENTA, LTD.,

        Plaintiff,

-against-

MULBERRY THAI SILKS, INC.
d/b/a MULBERRY NECKWEAR.,

        Defendant.
------------------------------------------------------x



## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Oscar de la Renta, Ltd. (a non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: May 7, 2008

Respectfully submitted,

Richard G. Tashjian (RT 8065)
Tashjian & Padian
15 West 36th Street, 15th Floor
New York, New York 10018
(212) 319-9800