UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
OSCAR DE LA RENTA, LTD.,

        Plaintiff,

    -against-

MULBERRY THAI SILKS, INC.
d/b/a MULBERRY NECKWEAR,

        Defendant.
------------------------------------------------------x:

ECF Case

08 Civ. No. 04341(RJS)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Howard Raber, Esq., an associate with the law firm of Tashjian & Padian, hereby appears as additional counsel of record for plaintiff Oscar de la Renta, Ltd., and demands that all notices given or required to be given in the above-captioned matter and all papers served in this case be given to and served upon Howard Raber at the following addresses and telephone number:

hraber@tashpad.com

    TASHJIAN & PADIAN
    15 West 36th Street, 15th Floor
    New York, N.Y. 10018
    (212) 319-9800
    Attn: Howard M. Raber, Esq.

Dated: New York, New York
       MaY 13, 2008

                      TASHJIAN & PADIAN

By: _____
      Howard Raber, Esq. (hmr135)
      15 West 36th Street, 15th Fl.
      New York, New York 10018
      (212) 319-9800

      Attorneys for Plaintiff