**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
OSCAR DE LA RENTA, LTD.,

        Plaintiff,

        -against-

MULBERRY THAI SILKS, INC, d/b/a
MULBERRY NECKWEAR,

        Defendant.
------------------------------------------------------X

Case No. 08 CIV 4341
(Judge Sullivan)

AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA   )
        S.S.:
COUNTY OF SAN FRANCISCO   )

    TONY KLEIN, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 13th day of May, 2008, at approximately the time of 11:10 AM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; RULE 7.1 STATEMENT; ELECTRONIC FILING INSTRUCTIONS; INDIVIDUAL PRACTICES OF RICHARD J. SULLIVAN; AND INDIVIDUAL PRACTICES OF JUDGE FRANCIS upon MULBERRY THAI SILKS, INC. d/b/a MULBERRY NECKWEAR at 880 Harbor Way South, Richmond, CA, by personally delivering and leaving the same with BRAD KINISON who informed deponent that he holds the position of Vice President with that company and is authorized by law to receive service at that address.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

BRAD KINISON is a white male, approximately 50 years of age, stands approximately 5 feet 9 inches tall, weighs approximately 180 pounds with dark brown hair.

TONY KLEIN
San Francisco #21

State of California, County of San Francisco
Subscribed and Sworn to (or affirmed) before me on this _19_ day of May, 2008 By
_TONY KLEIN_, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

NOTARY PUBLIC

ANTONIO R. ABREGANA III
COMM. #1663767
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires May 2, 2010

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com