USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
OSCAR DE LA RENTA, LTD.,

   Plaintiff,

 -against-

MULBERRY THAI SILKS, INC.
d/b/a MULBERRY NECKWEAR,

   Defendant.
----------------------------------------------------------x

ECF Case

08 Civ. No. 04341(RJS)

**STIPULATION AND ORDER**

 IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that the time for defendant Mulberry Thai Silks, Inc. d/b/a Mulberry Neckwear ("Mulberry") to respond to the Complaint shall be and is hereby extended to June 16, 2008.

 IT IS HEREBY FURTHER STIPULATED AND AGREED that defendant Mulberry waives any defense of lack of personal jurisdiction based upon a claim of improper service pursuant to Federal Rules of Civil Procedure Rule 12(b)(4) and (5).

Dated: New York, New York
   June 2, 2008

TASHJIAN & PADIAN

By: _____
Richard G. Tashjian (RT 8065)
15 W. 36th St., 15th Floor
New York, New York 10018
(212) 319-9800
*Attorneys for Plaintiff*

HARVEY SISKIND LLP

By: _____
Matthew A Stratton, Esq.
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
(415) 354-0100
*Attorneys for Defendant*
*(for special purpose of this Stipulation only)*

SO ORDERED
Dated: 6/3/08

_____
RICHARD J. SULLIVAN
U.S.D.J.