Sullivan, S.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
OSCAR DE LA RENTA, LTD.,

        Plaintiff,

      -against-

MULBERRY THAI SILKS, INC.
d/b/a MULBERRY NECKWEAR,

        Defendant.
------------------------------------------------------------x

ECF Case

08 Civ. No. 04341(RJS)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that the time for defendant Mulberry Thai Silks, Inc. d/b/a Mulberry Neckwear ("Mulberry") to respond to the Complaint shall be and is hereby extended up to and including June 18, 2008.

Dated: New York, New York
       June 13, 2008

TASHJIAN & PADIAN

By: _____
Richard G. Tashjian (RT 8065)
15 W. 36th St., 15th Floor
New York, New York 10018
(212) 319-9800
*Attorneys for Plaintiff*

KILPATRICK STOCKTON LLP

By: _____
Joseph Petersen, Esq.
31 West 52nd Street, 14th Floor
New York, New York 10019
(212) 775-8715
*Attorneys for Defendant*

SO ORDERED:

_____
Hon. Richard J. Sullivan, U.S.D.J.

June 17, 2008