Joseph Petersen (JP 9071)
Robert N. Potter (RP 5757)
KILPATRICK STOCKTON LLP
31 West 52nd Street, 14th Floor
New York, New York 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

Lawrence J. Siskind
(application for admission *pro hac vice* to be filed)
Matthew A. Stratton
(application for admission *pro hac vice* to be filed)
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

*Attorneys for Mulberry Thai Silks, Inc. d/b/a Mulberry Neckwear*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OSCAR DE LA RENTA, LTD., <br><br>                                    Plaintiff,<br><br> -against-<br><br> MULBERRY THAI SILKS, INC.<br> d/b/a MULBERRY NECKWEAR,<br><br>                                    Defendant. | Case No.: 08 CIV 4341 (RJS)<br><br> **RULE 7.1 STATEMENT** |

       Defendant Mulberry Thai Silks, Inc. d/b/a Mulberry Neckwear, by and through its undersigned counsel, hereby confirms, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, that it has no parent companies and hereby further confirms that there are no publicly

US2008 59456.1

traded entities owning 10% or more of its stock.

Dated:     New York, New York
              June 18, 2008

**KILPATRICK STOCKTON LLP**

_____
Joseph Petersen (JP 9071)
Robert N. Potter (RP 5757)
31 West 52nd Street, 14th Floor
New York, New York 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

HARVEY SISKIND LLP
Lawrence J. Siskind
(application for admission *pro hac vice* to be filed)
Matthew A. Stratton
(application for admission *pro hac vice* to be filed)
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

*Attorneys for Mulberry Thai Silks, Inc. d/b/a Mulberry Neckwear*