UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSCAR DE LA RENTA, LTD., <br><br> Plaintiff, <br><br> - Against - <br><br> MULBERRY THAI SILKS, INC. <br> D/B/A MULBERRY NECKWEAR, <br><br> Defendant. | 08 CV 4341 (RJS) <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Robert N. Potter of the law firm Kilpatrick Stockton LLP, 31 West 52nd Street, 14th Floor, New York, New York 10019, hereby appears in the above-caption action as attorney for defendant Mulberry Thai Silks, Inc. d/b/a Mulberry Neckwear.

Dated: New York, New York
       June 23, 2008

KILPATRICK STOCKTON LLP

Robert N. Potter (RP 5757)
31 West 52nd Street, 14th Floor
New York, New York 10019
Tel: (212) 775-8700
Fax: (212) 775-8800
E-mail: RPotter@kilpatrickstockton.com

*Attorneys for defendant Mulberry Thai Silks, Inc.*
*d/b/a Mulberry Neckwear*

US2008 338059.1