UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSCAR DE LA RENTA, LTD.,

        Plaintiff,

-v-

MULBERRY THAI SILKS, INC. d/b/a
MULBERRY NECKWEAR,

        Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08

No. 08 Civ. 4341 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

  By letter dated August 19, 2008, the law firm of Kilpatrick Stockton LLP (the "Firm") requests a pre-motion conference in anticipation of filing a motion to withdraw as counsel for defendant Mulberry Thai Silks, Inc. d/b/a Mulberry Neckwear ("Mulberry").

  IT IS HEREBY ORDERED that the pre-motion conference requirement is waived with respect to the Firm's anticipated motion to withdraw. By September 5, 2008, the Firm shall file its motion and supporting materials, including an affidavit pursuant to pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, which provides that a motion to withdraw as counsel may be granted "upon a showing by affidavit." Local Civil Rule 1.4. In addition, in its moving papers, the Firm must indicate the positions of Mulberry and the plaintiff regarding the Firm's motion. Any party opposing the Firm's motion must submit its written opposition by September 9, 2008.

  IT IS FURTHER ORDERED that the Firm shall serve a copy of this Order on defendant Mulberry forthwith and electronically file proof of service with the Court.

SO ORDERED.

Dated:  New York, New York
     August 20, 2008

                RICHARD J. SULLIVAN
                UNITED STATES DISTRICT JUDGE