Joseph Petersen (JP 9071)
Robert N. Potter (RP 5757)
KILPATRICK STOCKTON LLP
31 West 52nd Street, 14th Floor
New York, New York 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

Lawrence J. Siskind
(application for admission *pro hac vice* to be filed)
Matthew A. Stratton
(application for admission *pro hac vice* to be filed)
HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

*Attorneys for Mulberry Thai Silks, Inc. d/b/a Mulberry Neckwear*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OSCAR DE LA RENTA, LTD.,<br><br>                              Plaintiff,<br><br>     v.<br><br>MULBERRY THAI SILKS, INC.<br>d/b/a MULBERRY NECKWEAR,<br><br>                              Defendant. | Case No.: 08 CIV 4341 (RJS) |

**CERTIFICATE OF SERVICE**

    I, Alberto Garcia, hereby certify that on August 22, 2008, a true and correct copy of

the Order signed by Judge Richard J. Sullivan on August 20, 2008, was served by first class

mail, postage fully prepaid upon the following:

       Mulberry Thai Silks, Inc.
       d/b/a Mulberry Neckwear
       880 Harbor Way South
       Richmond, CA 94804
       Attention: Legal Department

       Bradley M. Rank, Esq.
       Tashjian & Padian
       15 West 36th Street, 15th Floor
       New York, NY 10018
       Attorneys plaintiff

       Mulberry Thai Silks, Inc.
       d/b/a Mulberry Neckwear
       c/o Lawrence J. Siskind, Esq.
       Matthew A. Stratton, Esq.
       HARVEY SISKIND LLP
       Four Embarcadero Center, 39th Floor
       San Francisco, California 94111

Dated:  New York, New York
        August 22, 2008

                                                      _____
                                                           Alberto Garcia

US2008 412336.1