Joseph Petersen (JP 9071)
Robert N. Potter (RP 5757)
KILPATRICK STOCKTON LLP
31 West 52nd Street, 14th Floor
New York, New York 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

*Attorneys for Mulberry Thai Silks, Inc. d/b/a Mulberry Neckwear*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OSCAR DE LA RENTA, LTD., <br><br> Plaintiff, <br><br> v. <br><br> MULBERRY THAI SILKS, INC. d/b/a MULBERRY NECKWEAR, <br><br> DEFENDANT. | Case No.: 08 CIV 4341 (RJS) |

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD

PLEASE TAKE NOTICE that upon the attached declaration of Joseph Petersen, and in accordance with this Court's August 20, 2008 Order (the "Order"), Kilpatrick Stockton LLP, attorneys for Mulberry Thai Silks, Inc. d/b/a Mulberry Neckwear, will move this Court, Hon. Richard J. Sullivan, United States District Judge, in Courtroom 21C, United States Courthouse, 500 Pearl Street, New York, New York, on a date and at a time designated by the Court, for an order pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, granting Kilpatrick Stockton LLP and its attorneys Joseph Petersen and Rob Potter leave to withdraw as counsel of record.

Plaintiff is hereby notified that any opposition to this motion shall be

USADMIN 9346214.1

submitted by September 9, 2008 in accordance with the Order.

Dated: New York, New York
      August 28, 2008

                                 **KILPATRICK STOCKTON LLP**

                                 Joseph Petersen (JP 9071)
                                 Robert N. Potter (RP 5757)
                                 KILPATRICK STOCKTON LLP
                                 31 West 52nd Street, 14th Floor
                                 New York, New York 10019
                                 Telephone: (212) 775-8700
                                 Facsimile: (212) 775-8800

                                 *Attorneys for Mulberry Thai Silks, Inc.*
                                 *d/b/a Mulberry Neckwear*