Joseph Petersen (JP 9071)
Robert N. Potter (RP 5757)
KILPATRICK STOCKTON LLP
31 West 52nd Street, 14th Floor
New York, New York 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

*Attorneys for Mulberry Thai Silks, Inc. d/b/a Mulberry Neckwear*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OSCAR DE LA RENTA, LTD.,<br><br>               Plaintiff,<br><br>v.<br><br>MULBERRY THAI SILKS, INC.<br>d/b/a MULBERRY NECKWEAR,<br><br>               DEFENDANT. | Case No.: 08 CIV 4341 (RJS) |

**CERTIFICATE OF SERVICE**

Alberto Garcia, hereby certify that on the 28th day of August, 2008, I served a true and correct copy of the foregoing Notice of Motion to Withdraw as Counsel of Record and Declaration of Joseph Petersen in Support of Motion to Withdraw as Counsel of Record, by filing said documents electronically with the Court's CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Bradley M. Rank
brank@tashpad.com
Howard Matthew Raber
hraber@tashpad.com
Richard G. Tashjian
rtashjian@tashpad.com

US2008 417571.1

                    Tashjian & Padian
        15 West 36th Street, 15th Floor
                    New York, NY 10018
                      Attorneys plaintiff

And by first class mail, postage fully prepaid upon the following:

        Mulberry Thai Silks, Inc.
        Att: Henry Jacobson
        P.O. Box 1483
        Ross, CA 94957

        Lawrence J. Siskind, Esq.
        HARVEY SISKIND LLP
        Four Embarcadero Center, 39th Floor
        San Francisco, California 94111

Dated: New York, New York
       August 28, 2008

                                        _____
                                          Alberto Garcia

US2008 417571.1