

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSCAR DE LA RENTA, LTD.,

                     Plaintiff,

-v-

MULBERRY THAI SILKS, INC. d/b/a
MULBERRY NECKWEAR,

                     Defendant.

No. 08 Civ. 4341 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that the post-discovery status conference scheduled for May 29, 2009 is adjourned until July 14, 2009 at 9:15 a.m. In accordance with the Court's Individual Practices, pre-motion letters, if any, shall be due no later than July 6, 2009, and responses shall be due no later than July 9, 2009.

SO ORDERED.

Dated:    April 20, 2009
            New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE