

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
OSCAR DE LA RENTA, LTD.,

    Plaintiff,

  -against-

MULBERRY THAI SILKS, INC.
d/b/a MULBERRY NECKWEAR.,

    Defendant.
-------------------------------------------------------x

No. 08 CIV 4341 (RJS)

[ECF CASE]

**FINAL JUDGMENT**

  **WHEREAS,** Plaintiff Oscar De La Renta, Ltd. (the "Plaintiff") having moved for partial summary judgment, and the matter having come before the Honorable Richard J. Sullivan of the United States District Court, Southern District of New York, and the Court, on April 17, 2009, having rendered its Memorandum and Order granting Plaintiff's motion for partial judgment on its Fourth Cause of Action (Breach of Contract) against defendant Mulberry Thai Silks, Inc. d/b/a Mulberry Neckwear (the "Defendant") in the principal sum of One Million Thirty-Four Thousand Four Hundred Seventeen Dollars and Eleven Cents ($1,034,417.11); and

  **WHEREAS,** by Stipulation of Dismissal dated May 19, 2009, the Plaintiff and Defendant stipulated to the dismissal of the Plaintiff's remaining First Cause of Action (Trademark Infringement), Second Cause of Action (Federal Unfair Competition) and Third Cause of Action (State Unfair Competition) against the Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A); and

  **WHEREAS,** there are no more claims or counterclaims pending or outstanding in the above-captioned matter; it is hereby,

**ORDERED, ADJUDGED AND DECREED** that Plaintiff, Oscar de la Renta, Ltd., a corporation organized and existing under the laws of the State of New York, having its principal place of business located at 550 Seventh Avenue, New York, New York 10018, does recover from the defendant Mulberry Thai Silks, Inc. d/b/a Mulberry Neckwear, a corporation organized and existing under the laws of California, having a principal place of business located at 880 Harbour Way South, Richmond, California 94804, the sum of One Million Thirty-Four Thousand Four Hundred Seventeen Dollars and Eleven Cents ($1,034,417.11) Dollars, and that the Plaintiff have execution therefor.

Date:  New York, NY
       May 21, 2009

Richard J. Sullivan
United States District Judge